**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ALBERTH JUSHUA RIVERA, | : | |
| a/k/a ALBERTH J. RIVERA, | : | CASE NO.: 23-13437-pmm |
| a/k/a ALBERTH RIVERA, | : | |
| Debtor. | : | |

**NOTICE OF MOTION RESPONSE DEADLINE AND HEARING**

Robert J. Kidwell, Esquire, counsel for Movant **ALBERTH JUSHUA RIVERA,** has filed a **MOTION TO EXTEND AUTOMATIC STAY** pursuant to Section 362(c)(3)(B).

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE ANY ATTORNEY YOU MAY WISH TO CONSULT AN ATTORNEY).

1. If you do not want the Court to grant the relief sought in the motion or, if you want the Court to consider your views on the Motion, then on or before **November 29, 2023,** you or your attorney must do **ALL** of the following:

(a) file an objection explaining your position at:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601-4038

If you mail your objection to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and,

(b)     mail a copy to the Movant's attorney:

Robert J. Kidwell, Esq.
Attorney for Debtor
712 Monroe Street, PO Box 511
Stroudsburg, PA  18360-0511

      2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge, on **December 5, 2023** at **10:00 a.m.** in the Fourth Floor Courtroom, United States Bankruptcy Court, 201 Penn Street, Suite 103, Reading, PA 19601.  Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

      3.     If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

      5.     You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date: **November 15, 2023**    /s/ Robert J. Kidwell, Esq.
ROBERT J. KIDWELL, ESQUIRE
Attorneys for Movant Debtor
Attorney I.D. No. 206555
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com